IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BEVERLY MICHELLE MOORE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-09-985-C |
| | ) | |
| WARDEN MILLICENT NEWTON-EMBRY, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER FOR RESPONSE BY OKLAHOMA ATTORNEY
GENERAL TO PETITION FOR WRIT OF HABEAS CORPUS**

IT IS ORDERED:

1.      The Respondent shall file an answer or motion to dismiss by November 2, 2009.

2.      The Petitioner may file a reply brief within fifteen days after the filing of Respondent's response.  Such reply brief, if filed, cannot exceed ten typed, double-spaced pages.  *See* Local Civil Rule 7.1(i).  If Respondent files a motion to dismiss, Petitioner must file a response thereto within eighteen days from the date the motion was filed.  Local Civil Rule 7.1(g).  Failure to respond to the motion within that time period may result in the motion being deemed confessed.  The briefs supporting and opposing a motion to dismiss cannot exceed 25 typed, double-spaced pages.  *See* Local Civil Rule 7.1(e).

3.      Unless otherwise ordered, each party has seven calendar days in which to respond once a request for extension is filed.

4.      This order and the petition shall be sent to the Attorney General of the State of Oklahoma, on behalf of the Respondent, at the electronic address provided.

Dated this 13th day of October, 2009.

Robert E. Bacharach
Robert E. Bacharach
United States Magistrate Judge