IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BEVERLY MICHELLE MOORE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-09-985-C |
| | ) | |
| WARDEN MILLICENT NEWTON-EMBRY, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Report and Recommendation of October 5, 2009 (Dkt. No. 7) is adopted without objection, and Petitioner's Application to Proceed Without Prepayment of Fees (Dkt. No. 2) is denied, as moot.

IT IS SO ORDERED this 24th day of November, 2009.

ROBIN J. CAUTHRON
United States District Judge