UNITED STATES DISTRICT COURT

<u>            Western            </u>   District of <u>            Oklahoma            </u>

**BEVERLY MICHELLE MOORE,**
    **Petitioner,**

vs.

**MILLICENT NEWTON-EMBRY,**
    **Respondent.**

                        **ATTORNEY APPEARANCE**

                        **CASE NUMBER: CIV-09-985-C**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Respondent.

    I certify that I am admitted to practice in this court.

    I am registered in this Court's Electronic Filing System.

<u>May 4, 2010         </u>

                        <u>s/ DONALD D. SELF                              </u>
                        Donald D. Self, OBA #8062
                        Assistant Attorney General
                        313 NE 21st Street
                        Oklahoma City, OK  73105
                        (405) 521-3921
                        (405) 522-4534 Fax
                        Service email:  fhc.docket@oag.state.ok.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of May, 2010, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing:

I hereby certify that on the 4th day of May, 2010, I served the attached document by mail on the following, who is not a registered participant of the ECF System:

Beverly Michelle Moore, #518614
MBCC
29501 Kickapoo Rd
McLoud, OK 74851

s/ DONALD D. SELF