IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

OKLAHOMA CITY, OK
DATE:  July 14, 2010

| | |
|---|---|
| BEVERLY MICHELLE MOORE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-09-985-C |
| ) | |
| WARDEN MILLICENT NEWTON-EMBRY, ) | |
| ) | |
| Respondent. ) | |

**ENTER ORDER:**

The Court appoints Christine Cave for the Petitioner.  In light of the attorney's new involvement, the Court *sua sponte* extends the deadline until October 9, 2010, for Petitioner to respond to the summary judgment motion.  The Court requests that Ms. Cave enter an appearance within 30 days.

ABOVE ORDER ENTERED BY DIRECTION OF JUDGE ROBERT E. BACHARACH.

ROBERT D. DENNIS, CLERK


s/Lesa Boles
Deputy Clerk