# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BEVERLY MICHELLE MOORE, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )    Case No. CIV-09-985-C |
| | ) |
| MILLICENT NEWTON-EMBRY, | ) |
| | ) |
|     Respondent. | ) |

## NOTICE OF CONVENTIONAL FILING OF
## STATE COURT RECORD

Please take notice that Respondent has conventionally filed in the above styled case the State Court record in Oklahoma County Case No. CF-2004-351, consisting of the following documents:

    Preliminary Hearing transcript, April 28, 2004
    Jury Trial transcript, September 12 & 13, 2005, Volume One of Four
    Jury Trial transcript, September 14, 2005, Volume Two of Four
    Jury Trial transcript, September 15, 2005, Volume Three of Four
    Jury Trial transcript, September 16, 2005, Volume Four of Four
    Trial Exhibits
    Sentencing transcript, September 23, 2005
    Original Record

    Respectfully submitted,

s/ **JARED A. LOOPER, OBA #21529**
**ASSISTANT ATTORNEY GENERAL**
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 521-3921
(405) 522-4534 (FAX)
fhc.docket@oag.state.ok.us
**ATTORNEY FOR RESPONDENT**

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 7th day of March, 2011, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Christine Cave
Employers Legal Resource Center
301 NW 63rd Street, Suite 390
Oklahoma City, OK 73116


                              **s/   JARED A. LOOPER**