IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BEVERLY MICHELLE MOORE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-09-985-C |
| | ) |
| WARDEN MILLICENT NEWTON-EMBRY, | ) |
| | ) |
| Respondent. | ) |

**ORDER FOR RESPONSE ON THE MERITS**

The Court orders as follows:

1. The Respondent shall file a response on the merits to the habeas petition by November 28, 2011. With the response, the Respondent shall file any additional exhibits that it wishes to be considered in connection with the habeas record (if any).

2. The Petitioner may file a reply brief by December 9, 2011. With the reply brief, the Petitioner may file any: (1) objections to the Respondent's additions to the habeas record (if any), and (2) additional exhibits to be considered in connection with the habeas record (if any).

3. By December 23, 2011, the Respondent may file any objections to the Petitioner's additions to the habeas record (if any).

Dated this 7th day of November, 2011.

_Robert E. Bacharach_
Robert E. Bacharach
United States Magistrate Judge