UNITED STATES DISTRICT COURT

<u>          Western          </u> District of <u>          Oklahoma          </u>

**BEVERLY MICHELLE MOORE,**
   **Petitioner,**

**v.**

**DEBBIE ALDRIDGE, WARDEN,[1]**
   **Respondent.**

             **ATTORNEY APPEARANCE**

             CASE NUMBER: CIV-09-985-G

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for Respondent.

 I certify that I am admitted to practice in this court.

 I am registered in this Court's Electronic Filing System.

<u>February 13, 2019</u>

           <u>s/ TESSA L. HENRY          </u>
           TESSA L. HENRY, OBA # 33193
           Assistant Attorney General
           313 NE 21st Street
           Oklahoma City, OK  73105
           (405) 521-3921; Fax  (405) 522-4534
           Service email:  fhc.docket@oag.ok.gov

---

[1] Petitioner is incarcerated at the Mabel Basset Correctional Center where Debbie Aldridge is the Warden, therefore, Debbie Aldridge should be substituted as the proper Respondent.

## **CERTIFICATE OF SERVICE**

**X**     I hereby certify that on the 13th day of February, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Christine Cave

s/ TESSA L. HENRY