**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BEVERLY MICHELLE MOORE, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No. CIV-09-985-G |
| ) | |
| vs. ) | |
| ) | |
| DEBBIE ALDRIDGE, WARDEN, ) | |
| ) | |
| Respondent. ) | |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Petitioner, Beverly Michelle Moore.  I certify that I am admitted to practice in this court and I am registered in this court's Electronic Filing System.


July 23, 2019                             s/ Andrea Digilio Miller
                                          ANDREA DIGILIO MILLER (OBA #17019)
                                          Oklahoma Innocence Project
                                          800 N. Harvey, Suite 317
                                          Oklahoma City, OK  73102
                                          Telephone-(405)208-6161
                                          Facsimile-(405)208-6171
                                          admiller@okcu.edu

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 23rd day of July, 2019, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Tessa L. Henry,
Diane Slayton,
Assistant Attorneys General

                                  s/Andrea Digilio Miller
                                  ANDREA DIGILIO MILLER