IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BEVERLY MICHELLE MOORE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIV-09-985-G |
| ) | |
| ABOUTANAAEL HABTI, Warden, ) | |
| ) | |
| Respondent. ) | |

ENTER ORDER:

　　　　Petitioner may reply to the Supplemental Response to Second Amended Petition (Doc. #250) on or before ___July 6th___, 2020 if she so desires.

ABOVE ORDER ENTERED BY DIRECTION OF UNITED STATES MAGISTRATE JUDGE GARY M. PURCELL.

　　　　　　　　　　　　　　　　　　　　　　CARMELITA REEDER SHINN, Clerk

　　　　　　　　　　　　　　　　　　　　　　By:　__/s/ Carrie James__

Dated:　June 16, 2020
Copies to parties of record